Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| L.G. a minor, by and through his parent and natural guardian JEFF GORELICK;<br><br>Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Superintendent of the Washoe County School District KRISTEN MCNEILL; and Washoe County School District Area Superintendent MICHAEL PAUL.<br>_____/ | Case No.:   3:22-cv-00228<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT 2 TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF FOR VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION** |

Plaintiff L.G. a minor, by and through his parent and natural guardian JEFF GORELICK ("Plaintiff"), by and through their undersigned attorney, hereby gives notice that they will be manually filing a CD with the Court pursuant to Pursuant to LR IC 1-1 (d).

1

The CD contains an audio file identified in the Plaintiff's Complaint as Exhibit 2 entitled "Recording of 5-17-2022 Meeting." Exhibit 2 is a .MP4 file and is 14.9 mb in size.

RESPECTFULLY SUBMITTED this May 23, 2022:

By: /s/ Luke Busby, Esq.

Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorneys for the Plaintiff*