Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave.
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com

*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| L.G. a minor, by and through his parent and natural guardian JEFF GORELICK;<br><br>    Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Superintendent of the Washoe County School District KRISTEN MCNEILL; and Washoe County School District Area Superintendent MICHAEL PAUL. | Case No.: 3:22-cv-00228-MMD-CLB<br><br>**CORRECTED CERTIFICATION TO PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

COMES NOW, Plaintiff L.G., a minor, by and through his parent and natural guardian JEFF GORELICK, by and through the undersigned counsel, and hereby files the following Corrected Certification of counsel to the Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction against WASHOE COUNTY SCHOOL DISTRICT ("WCSD"); Superintendent of the Washoe County School

1

District KRISTEN MCNEILL ("McNeill") and Washoe County School District Area Superintendent DR. MICHAEL PAUL ("Paul") for violation of L.G.'s right to be free from unlawful seizure in violation of the Fourth Amendment to the United States Constitution.

RESPECTFULLY SUBMITTED this May 24, 2022:

By: /s/ Luke Busby, Esq.

Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorney for the Plaintiff*

## CORRECTED CERTIFICATION

**(Corrections in bold below)**

Pursuant to the requirements of FRCP 65(b)(1)(B), the undersigned counsel for L.G. certifies that on May 23, 2022 at approximately 11:50 a.m. an email was sent to counsel for WCSD, Mr. Neil Rombardo and Mr. Chris Reich, notifying WCSD of the Plaintiff's intent to seek a temporary restraining order and apprising WCSD of the basic facts underlying this dispute.  On May 23, 2022, Counsel for WCSD, **Sara Montalvo, Esq.**, responded and corresponded with the undersigned counsel regarding the Plaintiff's intent to seek a temporary restraining order. On May 24, 2022, counsel **Montalvo** confirmed that L.G. will not be permitted to return to class by WCSD in person with his backpack until his backpack is searched.

RESPECTFULLY SUBMITTED this May 24, 2022:

By:_____/s/ Luke Busby, Esq._____

Luke Busby, Esq.
Nevada Bar No. 10319
316 California Ave. #82
Reno, Nevada 89509
(775) 453-0112
(775) 403-2192 (Fax)
luke@lukeandrewbusbyltd.com
*Attorneys for the Plaintiff*

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that on the date shown below, I caused service to be completed of a true and correct copy of the foregoing document by:

_____     personally delivering;

_____     delivery via Reno/Carson Messenger Service;

_____     sending via Federal Express (or other overnight delivery service);

___x___   depositing for mailing in the U.S. mail, with sufficient postage affixed thereto; or, delivery via electronic means (fax, eflex, NEF, etc.) to:

Sara K. Montalvo, Esq.
Andrea Schulewitch, Esq.
General Counsel
Office of the General Counsel
425 East Ninth Street
Reno, NV 89512
Phone: 775.348.0300
Fax: 775.333.6010

*Attorneys for Washoe County School District*

By: __/s/ Luke Busby, Esq._____     Dated: May 24, 2022

            Luke Busby