| | |
|---|---|
| 1 | Sara K. Montalvo, Esq., Nev. Bar No. 11899 |
|   | sara.montalvo@washoeschools.net |
| 2 | Neil A. Rombardo, Esq., Nev. Bar No. 6800 |
|   | nrombardo@washoeschools.net |
| 3 | Christopher B. Reich, Esq., Nev. Bar No. 10198 |
|   | creich@washoeschools.net |
| 4 | WASHOE COUNTY SCHOOL DISTRICT |
|   | P.O. Box 30425 |
| 5 | Reno, NV 89520-3425 |
|   | Telephone: 775-348-0300 |
| 6 | Fax: 775-333-6010 |
|   | Attorneys for Defendants |
| 7 | Washoe County School District, Kirsten McNeill, and Michael Paul |

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| L.G. a minor, by and through his parent and natural guardian JEFF GORELICK; | |
| Plaintiff, | |
| vs. | CASE NO.: 3:22-cv-00228-MMD-CLB |
| WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; Superintendent KRISTEN MCNEILL; and Washoe County School District Area Superintendent MICHAEL PAUL; | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(First Request)** |
| Defendants. | |

COMES NOW, Plaintiff L.G. a minor, by and through his parent and natural guardian JEFF GORELICK and Defendants Washoe County School District, Superintendent KRISTEN MCNEILL, and Washoe County School District Area Superintendent MICHAEL PAUL (hereinafter referred to collectively as the Parties), by and though their respective counsel of record, and hereby stipulate and agree, pursuant to Federal Rules of Civil Procedure 6(b) and Civil Local Rule IA 6-1, to extend the deadline for Defendants' answer or response to Plaintiffs' Complaint to June 28, 2022. This Stipulation is based on the following:

1. Plaintiffs served their Verified Complaint for Declaratory and Injunctive Relief for Violation of the Fourth and Fourteenth Amendments to the United States Constitution (Complaint) on May 24, 2022 (ECF No. 1).

2. This Stipulation is based on the Parties' ongoing settlement efforts to resolve the matter informally.

3. On June 3, 2022, the Parties engaged in a informal settlement conference. The settlement conference was successful, and the Parties reached an agreement in principle that will resolve all Plaintiffs' claims and, once finalized, will eventually lead to Plaintiffs' voluntarily dismissal of their Complaint.

4. The Parties agree and stipulate that it is in their mutual best interest to extend the deadline for Defendants' answer or response to Plaintiffs' Complaint, as finalizing the agreement in principle and Plaintiffs' withdrawal of their Complaint would obviate the need for further litigation in this matter.

5. The Parties agree that if they fail to finalize their agreement in principle, it will be necessary for them to resume their litigation efforts. Thus, the Parties stipulate and agree to extend the deadline for Defendants' answer or response to Plaintiffs' Complaint to June 28, 2022.

6. This Stipulation is made in good faith and is not for the purposes of delay.

///

///

///

7. This is the Parties' first request for extension of the scheduled discovery deadlines.

DATED this 9th day of June, 2022.                    DATED this 9th day of June, 2022.

LUKE ANDREW BUSBY, LTD.                              OFFICE OF THE GENERAL COUNSEL
                                                     WASHOE COUNTY SCHOOL DISTRICT


By: /s/Luke Andrew Busby, Esq                        By: /s/Sara K. Montalvo, Esq
    Luke Andrew Busby, Esq.                              Sara K. Montalvo, Esq.
    Nev. Bar No. 10319                                   Nev. Bar No. 11899
    luke@lukeandrewbusbyltd.com                          sara.montalvo@washoeschools.net
    316 California Ave. #82                              Neil A. Rombardo, Esq.
    Reno, Nevada 89509                                   Nev. Bar No. 6800
    Attorney for Plaintiffs                              nrombardo@washoeschools.net
                                                         Christopher B. Reich, Esq.
                                                         Nev. Bar No. 10198
                                                         creich@washoeschools.net
                                                         P.O. Box 30425
                                                         Reno, Nevada 89520-3425
                                                         Attorneys for Defendants

IT IS SO ORDERED:

DATED: June 9, 2022                                  _____
                                                     UNITED STATES MAGISTRATE JUDGE

3