1  Sara K. Montalvo, Esq., Nev. Bar No. 11899
   sara.montalvo@washoeschools.net
2  Neil A. Rombardo, Esq., Nev. Bar No. 6800
   nrombardo@washoeschools.net
3  Christopher B. Reich, Esq., Nev. Bar No. 10198
   creich@washoeschools.net
4  WASHOE COUNTY SCHOOL DISTRICT
   P.O. Box 30425
5  Reno, NV 89520-3425
   Telephone: 775-348-0300
6  Fax: 775-333-6010
   Attorneys for Defendants
7  Washoe County School District, Kirsten McNeill, and Michael Paul

8                    UNITED STATES DISTRICT COURT

9              IN AND FOR THE DISTRICT OF NEVADA

10  L.G. a minor, by and through his parent and
    natural guardian JEFF GORELICK;

11
               Plaintiff,                          CASE NO.: 3:22-cv-00228-MMD-CLB
12
         vs.
13                                                 **STIPULATION AND ORDER FOR**
    WASHOE COUNTY SCHOOL DISTRICT,                 **DISMISSAL WITH PREJUDICE**
14  a political subdivision of the State of Nevada;
    Superintendent KRISTEN MCNEILL; and
15  Washoe  County  School  District  Area
    Superintendent MICHAEL PAUL;
16
               Defendants.
17  _____/

18        The parties, by and through their respective counsel of record, having settled all claims in

19  this matter, hereby stipulate to dismiss this matter with prejudice pursuant to Federal Rules of

20  ///

21  ///

22  ///

23

24

                                                 1

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010

Civil Procedure Rule 41(a)(1)(ii) and of the Local Rules of Practice for the United States District

Court for the District of Nevada Rule LR 7-1, with each party bearing their own fees and costs.

DATED this 17th day of June, 2022.          DATED this 17th day of June, 2022

LUKE ANDREW BUSBY, LTD.          WASHOE COUNTY SCHOOL DISTRICT
                                 OFFICE OF THE GENERAL COUNSEL


By: /s/Luke Andrew Busby, Esq.          By: /s/Sara K. Montalvo, Esq.
   Luke Andrew Busby, Esq.                 SARA K. MONTALVO, ESQ.
   Nevada Bar No. 10319                    Nevada Bar No. 11899
   luke@lukeandrewbusbyltd.com             General Counsel
   316 California Ave. #82                 sara.montalvo@washoeschools.net
   Reno, Nevada 89509                      NEIL A. ROMBARDO, ESQ.
   Attorney for Plaintiff                  Nevada Bar No. 6800
                                           Chief General Counsel
                                           nrombardo@washoeschools.net
                                           CHRISTOPHER B. REICH, ESQ.
                                           Nevada Bar No. 10198
                                           Deputy Chief General Counsel
                                           creich@washoeschools.net
                                           Washoe County School District
                                           P.O. Box 30425
                                           Reno, NV 89520-3425

                                           Attorneys for Defendants
                                           Washoe County School District,
                                           Kirsten McNeill, and Michael Paul

### ORDER

IT IS HEREBY ORDERED that the above referenced case, Case No. 3:22-cv-00228, is

dismissed with prejudice. Each party shall bear their own fees and costs.

IT IS SO ORDERED this 21st day of June, 2022.

_____
DISTRICT COURT JUDGE

Washoe County School District
Office of the General Counsel
PO Box 30425
Reno, Nevada 89520-3425
Telephone: (775) 348-0300; Facsimile: (775) 333-6010